UNPUBLISHED

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

v.

LINWOOD LEE RUFFIN, a/k/a Lenny,
            *Defendant-Appellant.*

No. 02-6504

Appeal from the United States District Court
for the Eastern District of Virginia, at Alexandria.
T. S. Ellis, III, District Judge.
(CR-99-24-A, CA-02-353-A)

Submitted: May 30, 2002

Decided: June 12, 2002

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

---

Vacated and remanded by unpublished per curiam opinion.

---

## COUNSEL

Linwood Lee Ruffin, Appellant Pro Se. Sonya LaGene Sacks, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

Linwood Ruffin seeks to appeal the district court's order construing a letter as a 28 U.S.C.A. § 2255 (West Supp. 2001) motion and denying relief. The district court did not have the benefit of our recent decision in *United States v. Emmanuel*, 288 F.3d 644 (4th Cir. 2002), when it construed Ruffin's letter as a § 2255 motion. Because Ruffin was not given notice of the district court's intention to construe his letter as a § 2255 motion or notice of the consequences, we grant a certificate of appealability and vacate the court's order and remand for further proceedings in light of *Emmanuel*. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED*